## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JANE R. LITVAK and ALLEN L. LITVAK, JR.,**
**husband and wife,**

   **Plaintiffs,**

**vs.**            **Case No. 3:05cv266/MCR**

**USAA GENERAL INDEMNITY COMPANY**
**and CITIZENS PROPERTY INSURANCE**
**CORPORATION,**

   **Defendants.**

_____/

## O R D E R

 Pursuant to plaintiffs' notice (doc. 30), defendant USAA General Indemnity Company has been voluntarily dismissed from this action with prejudice.

 As stated by plaintiffs in their notice, "[n]o federal question issues remain and there is no diversity jurisdiction among the remaining parties.  Issues of state law are unresolved regarding the remaining defendant, Citizens Property Insurance Corporation." (Id.).  The court has given the parties an opportunity to respond to its order advising them that it intended to enter an order declining to exercise supplemental jurisdiction over – and dismissing without prejudice – the plaintiffs' state law claims against defendant Citizens Property Insurance Corporation; dismissing without prejudice the counterclaim filed by Citizens (doc. 10); denying as moot Citizens' pending motion to dismiss (doc. 18); and denying the plaintiffs' motion for sanctions (doc. 28).  The time for submitting responses has elapsed, with none having been filed.

Accordingly, it is ORDERED:

1.      The court declines to exercise supplemental jurisdiction over plaintiffs' state law claims against defendant Citizens Property Insurance Corporation and thus DISMISSES such claims without prejudice.

2.      Defendant Citizens Property Insurance Corporation's counterclaim (doc. 10) is DISMISSED without prejudice.

3.      Defendant Citizens Property Insurance Corporation's motion to dismiss (doc. 18) is DENIED as moot.

4.      Plaintiffs' motion for sanctions (doc. 28) is DENIED as moot.

5.      The clerk shall enter judgment in accordance with this order and CLOSE this case.

**DONE and ORDERED** this 18th day of October, 2005.


_s/ M. Casey Rodgers_

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**